IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| SOLOPOWER INC/<br>SOLOPOWER SYTEMS INC, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180026N |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR<br>and DEPARTMENT OF REVENUE,<br>State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **FINAL DECISION OF DISMISSAL**[1] |

This matter came before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 10:30 a.m. on May 1, 2018, to consider Plaintiff's appeal. On April 16, 2018, the court sent notice of the scheduled case management conference to Plaintiff at the email address Plaintiff provided to the court. That notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

Plaintiff failed to appear for the scheduled case management conference. On May 2, 2018, the court sent Plaintiff a letter. The court's letter ordered Plaintiff to submit a written explanation by May 16, 2018, for its failure to appear. As of this date, Plaintiff has not submitted a written response to the court's letter explaining its failure to appear. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered May 24, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of June 2018.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Boomer and entered on June 12, 2018.*